1 **ERIN J. RADEKIN**
  **Attorney at Law - SBN 214964**
2 428 J Street, Suite 350
  Sacramento, California 95814
3 Telephone: (916) 446-3331
  Facsimile: (916) 447-2988
4
  Attorney for Defendant
5 ALEJANDRO MUNOZ GALVAN

6

7 IN THE UNITED STATES DISTRICT COURT

8 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10 UNITED STATES OF AMERICA, | |
| 11     Plaintiff, | 2:12-CR-00115 GEB |
| 12 v. | |
| 13 | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| 14 ALEJANDRO MUNOZ GALVAN, et al., | |
| 15     Defendants. | |
| 16 | |
| 17 | |

18 **STIPULATION**

19     Plaintiff, United States of America, by and through its counsel, Assistant United States

20 Attorney Todd Leras, defendant Garardo Cardenas, by and through his counsel, Shari Rusk, and

21 defendant Alejandro Munoz Galvan, by and through his counsel, Erin J. Radekin, agree and stipulate

22 to vacate the date set for status conference, April 20, 2012 at 9:00 a.m., and to continue the status

23 conference to May 18, 2012 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr.

24     The reason for this request is that the government is currently in the process of copying

25 discovery for the defense and has indicated that discovery is forthcoming. Hence, above-named

26 defense counsel need additional time to review discovery and for other defense preparation. The

27 Court is advised that Mr. Leras concurs with this request and that he and Ms. Rusk have authorized

28 Ms. Radekin to sign this stipulation on their behalf.

    The parties further agree and stipulate that the time period from the filing of this stipulation

until May 18, 2012 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: April 19, 2012                    BENJAMIN WAGNER
United States Attorney

By:     /s/ Erin J. Radekin for
TODD LERAS
Assistant United States Attorney

Dated: April 19, 2012                    /s/ Erin J. Radekin for
SHARI RUSK
Attorney for Defendant
GARARDO CARDENAS

Dated: April 19, 2012                    /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
ALEJANDRO MUNOZ GALVAN

/ / /

/ /

/

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of April 20, 2012 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on May 18, 2012 at 9:00 a.m. The court finds excludable time in this matter through May 18, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: April 19, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge