1  **ERIN J. RADEKIN**
   **Attorney at Law - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  ALEJANDRO MUNOZ GALVAN

6

7               **IN THE UNITED STATES DISTRICT COURT**

8               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10  UNITED STATES OF AMERICA,

11              Plaintiff,                    **2:12-CR-00115 GEB**

12  v.

13                                           **STIPULATION AND [PROPOSED] ORDER**
                                             **TO CONTINUE STATUS CONFERENCE**
14  ALEJANDRO MUNOZ GALVAN, et al.,

15              Defendants.

16

17

18                            **STIPULATION**

19       Plaintiff, United States of America, by and through its counsel, Assistant United States

20  Attorney Todd Leras, defendant, Alejandro Pantoja-Solorio, by and through his counsel, Michael

21  Bigelow, defendant Gararado Cardenas, by and through his counsel, Shari Rusk, and defendant

22  Alejandro Munoz Galvan, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate

23  the date set for status conference, May 18, 2012 at 9:00 a.m., and to continue the status conference to

24  August 10, 2012 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr.

25       The reason for this request is that the parties need additional time to review discovery and  for

26  other defense preparation.  The Court is advised that all counsel named above concur with this request

27  and have authorized  Ms. Radekin to sign this stipulation on their behalf.

28       The parties further agree and stipulate that the time period from the filing of this stipulation

    until August 10, 2012 should be excluded in computing time for commencement of trial under the

Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: May 16, 2012                    BENJAMIN WAGNER
                                       United States Attorney

                                  By: _____/s/ Erin J. Radekin for_____
                                       TODD LERAS
                                       Assistant United States Attorney


Dated: May 16, 2012  _____/s/ Erin J. Radekin for_____
                                       SHARI RUSK
                                       Attorney for Defendant
                                       GARARDO CARDENAS


Dated: May 16, 2012  _____/s/ Erin J. Radekin for_____
                                       MICHAEL BIGELOW
                                       Attorney for Defendant
                                       ALEJANDRO PANTOJA-SOLORIO


Dated: May 16, 2012         _____/s/ Erin J. Radekin_____
                                       ERIN J. RADEKIN
                                       Attorney for Defendant
                                       ALEJANDRO MUNOZ GALVAN

/ / /

/ /

/

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of May 18, 2012 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on August 10, at 9:00 a.m. The court finds excludable time in this matter through August 10, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: May 17, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge