1  **ERIN J. RADEKIN**
   **Attorney at Law - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  ALEJANDRO MUNOZ GALVAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **2:12-CR-00115 GEB** |
| v. | |
| ALEJANDRO MUNOZ GALVAN, et al., | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| Defendants. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Todd Leras, defendant, Alejandro Pantoja-Solorio, by and through his counsel, Michael Bigelow, defendant Garardo Cardenas, by and through his counsel, Shari Rusk, and defendant Alejandro Munoz Galvan, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, August 10, 2012 at 9:00 a.m., and to continue the status conference to September 21, 2012 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr.

The reason for this request is that the parties need additional time to review discovery and for other defense preparation. The Court is advised that all counsel named above concur with this request and have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until September 21, 2012 should be excluded in computing time for commencement of trial under the

Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: August 3, 2012                BENJAMIN WAGNER
                                     United States Attorney

                                By:      /s/ Todd Leras
                                     TODD LERAS
                                     Assistant United States Attorney

Dated: August 3, 2012                    /s/ Shari Rusk
                                     SHARI RUSK
                                     Attorney for Defendant
                                     GARARDO CARDENAS

Dated: August 3, 2012                    /s/ Michael Bigelow
                                     MICHAEL BIGELOW
                                     Attorney for Defendant
                                     ALEJANDRO PANTOJA-SOLORIO

Dated: August 3, 2012                    /s/ Erin J. Radekin
                                     ERIN J. RADEKIN
                                     Attorney for Defendant
                                     ALEJANDRO MUNOZ GALVAN

/ / /

/ /

/

| | |
|---|---|
| 1 | **ORDER** |
| 2 | For the reasons set forth in the accompanying stipulation and declaration of counsel, the status |
| 3 | conference of August 10, 2012 at 9:00 a.m. is VACATED and the above-captioned matter is set for |
| 4 | status conference on September 21, 2012 at 9:00 a.m. The court finds excludable time in this matter |
| 5 | through September 21, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow |
| 6 | continuity of counsel and to allow reasonable time necessary for effective defense preparation. For |
| 7 | the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the |
| 8 | request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. |
| 9 | 3161(h)(7)(A), (h)(7)(B)(iv). |
| 10 | IT IS SO ORDERED. |
| 11 | Dated: August 6, 2012 |

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge