Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: CR. S-12-115 TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | Court: Hon. Troy L. Nunley<br>Time: 9:30 a.m.<br>Date: August 22, 2013 |
| Gerardo Cardenas, et. al., | |
| Defendants | |

Defendants Gerardo Cardenas, Alejandro Galvan and Alejandro Solario-Chavez are charged in an eight count indictment alleging violations of 21 U.S.C. §§s 841(a)(1) – possession with intent to distribute methamphetamine and 21 U.S.C. 853(a) – a criminal forfeiture count. A status conference was previously set for July 11, 2013. The parties are reviewing discovery, conferring with their respective clients and engaged in defense investigation, as well as negotiations and all parties request that the current status conference be continued to August 22, 2013 and that date is available with the Court.

///

///

-1-

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: July 8, 2013          Respectfully submitted,


                                                   /s/ Shari Rusk
                                                Shari Rusk
                                                Attorney for Defendant
                                                Gerardo Cardenas


                                                /s/ Erin Radekin
                                                Erin Radekin
                                                Attorney for Alejandro Munoz-Galvan


                                                /s/ Michael Bigelow
                                                Michael Bigelow
                                                Attorney for Alejandro Pantoja-Solario

                                                /s/ Todd Leras
                                                Todd Leras
                                                Assistant United States Attorney


**ORDER**


IT IS SO ORDERED. The Court finds excludable time through August 22, 2013, at 9:30 a.m., based on Local Code T4, giving counsel reasonable time to prepare. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

DATED: July 10, 2013

_____
Troy L. Nunley
United States District Judge